UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o MARY BROWN,<br><br>     Plaintiff(s),<br><br>v.<br><br>UNITED PARCEL SERVICE; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>     Defendant(s), | CIVIL ACTION NO.: 2:12-cv-06750-SRC-CLW<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed that all claims in the above-captioned matter are hereby dismissed without costs against either party without prejudice.

Massood & Bronsnick, LLC                              Day Pitney, LLP

_____                _____
Andrew R. Bronsnick, Esq.                              Heather Weine Brochin
*Attorneys for Plaintiff*                                       *Attorneys for Defendant*

Dated:  December 12, 2012