UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o MARY BROWN,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED PARCEL SERVICE; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:12-cv-06750-SRC-CLW<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed that all claims in the above-captioned matter are hereby dismissed without costs against either party without prejudice.

Massood & Bronsnick, LLC                                Day Pitney, LLP

_/s/ Andrew R. Bronsnick_                               _/s/ Heather Weine Brochin_

Andrew R. Bronsnick, Esq.                               Heather Weine Brochin
*Attorneys for Plaintiff*                               *Attorneys for Defendant*

Dated: December 12, 2012

12/20/12
SO ORDERED
STANLEY R. CHESLER, U.S.D.J.