# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o MARY BROWN<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>Defendant. | Civil Action No. 2:12-cv-06750 (SRC)(CLW)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

As evidenced by the signatures of counsel for all parties in this case below, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Patient Care Associates LLC and defendant United Parcel Service of America, Inc., improperly pleaded in the Complaint as "United Parcel Service," (collectively the "Parties") by and through their respective counsel of record, hereby stipulate and agree:

1. Any and all claims in this case are dismissed with prejudice; and
2. Each Party shall bear its own fees and costs.

MASSOOD & BRONSNICK, LLC
Attorney for Plaintiff

By: _____
ANDREW BRONSNICK

Dated:

DAY PITNEY LLP
Attorneys for Defendant

By: _____
HEATHER WEINE BROCHIN

Dated:

SO ORDERED:

_____
STANLEY R. CHESLER
United States District Judge

84530424.1